UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Judge Russ Kendig |
| Jerome Poole | ) | Case No. 20-61702 |
| | ) | |
| | ) | **NOTICE OF CHANGE OF** |
| Debtor | ) | **ADDRESS** |

    Notice is hereby given that the mailing address for the Debtors has changed to the following:

Jerome Poole
3213 Root Ave NE
Canton, OH 44705

Submitted by:

/s/Nicole L. Rohr-Metzger
Nicole L. Rohr-Metzger (0078316)
Thrush & Rohr, L.L.C.
4930 Hills & Dales Rd., NW
Canton, Ohio 44708
(330)479-9494
(330)479-9585 fax